FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 27 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| MARY L. METZLER, | : |
| Plaintiff, | : CIVIL ACTION FILE |
| | : NUMBER: 1:03-CV-2625-BBM |
| v. | : |
| GENERAL MOTORS, CORPORATION, JEROME HUNTER, BARRY WOODS and GORDON ZIMMER, | : |
| Defendants. | : |

### PLAINTIFF'S STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff Mary L. Metzler, by and through undersigned counsel, and files, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this Stipulation of Dismissal, which is signed by all parties who have appeared in this action, and does hereby voluntarily dismiss its above-caption claim against Defendants as follows;

1. Count One of Plaintiff's Complaint for Federal Gender Discrimination under 42 U.S.C. § 1981,et seq, is hereby dismissed **WITH PREJUDICE**.

1

2. Count Two of Plaintiff's Complaint for Breach of Employment Contract is hereby dismissed **WITHOUT PREJUDICE.**

3. Count Three of Plaintiff's Complaint for Wrongful Termination is hereby dismissed **WITHOUT PREJUDICE.**

4. Count Four of Plaintiff's Complaint for Intention Infliction of Emotional Distress is hereby dismissed **WITH PREJUDICE.**

5. Counts Five and Six of Plaintiff's Complaint for Punitive Damages and Attorney's Fees are hereby dismissed **WITHOUT PREJUDICE** to the extent that they are based on the Claims herein dismissed without prejudice

**WHEREFORE** Plaintiff Mary L. Metzler hereby voluntarily dismisses her Complaint against Defendants pursuant to the terms outlined in this Stipulation of Dismissal which is signed by all parties who have appeared in this action.

Respectfully submitted this 25th day of June, 2005.

Kenneth W. Sheppard
KENNETH W. SHEPPARD, P.C.
17931 Georgia Highway 67 S # 2101
Statesboro, Georgia 30458
Tel (912) 681-9142
Fax (912) 681-7542

/s/ Kenneth W. Sheppard
Kenneth W. Sheppard
Georgia Bar No. 641958

Attorney for Plaintiff

Entered
Rule 41(a)

Signed by all Defendants:

|  |  |
|---|---|
| David C. Vogel<br>LATHROP & GAGE L.C.<br>2345 Grand Boulevard; Suite 2800<br>Kansas City, Missouri 64108-2684<br>Tel  (816) 292-2000<br>Fax  (816) 292-2001 | */s/ David C. Vogel*<br>David C. Vogel<br>Admitted pro hac vice on Oct. 24, 2003<br><br>Attorney for Defendants |

and

Diane D. Suber
Georgia Bar Number 690724
McGuire Woods LLP
The Proscenium
1170 Peachtree Street, Suite 2100
Atlanta, Georgia 30309
Tel  (404) 443-5500
Fax (404) 443-5599

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 27 2005

LUTHER D. THOMAS, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| MARY L. METZLER, | : |
| Plaintiff, | : CIVIL ACTION FILE |
| | : NUMBER: 1:03-CV-2625-BBM |
| v. | : |
| GENERAL MOTORS, CORPORATION, JEROME HUNTER, BARRY WOODS and GORDON ZIMMER, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

The undersigned attorney states that he served the foregoing **PLAINTIFF'S STIPULATION OF DISMISSAL** and upon all counsel by placing a copy of same in the United States Mail with adequate postage affixed thereto and addressed as follows:

Entered as dismissed pursuant to
Rule 41 (a)(1)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: [signature]
Deputy Clerk

1

David C. Vogel
Lathrop & Gage L.C.
2345 Grand Boulevard; Suite 2800
Kansas City, Missouri 64108-2684

Respectfully submitted this 25th day of June, 2005.

*Kenneth W. Sheppard* (signature)

Kenneth W. Sheppard
Georgia Bar No. 641958

KENNETH W. SHEPPARD, P.C.
17931 Georgia Highway 67 S # 2101
Statesboro, Georgia 30458
Tel (912) 681-9142
Fax (912) 681-7542

Attorney for Plaintiff

2